# EXHIBIT C

# Distribution Spreadsheet

[This page intentionally left blank at the Court's direction]